IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 19 B 36004 |
| | ) | The Honorable Judge A. Benjamin Goldgar |
| MICHAEL HRUSOVSKY, | ) | |
| | ) | Hearing Date: January 19, 2022 |
| Debtor | ) | Hearing Time: 11:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 19, 2022, at the hour of 11:00 A.M., I shall appear telephonically before the Honorable Judge A. BENJAMIN GOLDGAR, in the courtroom usually occupied by him at the Round Lake Beach, of the Park City Branch Court, Court Room B, 301 S. Greenleaf Avenue, Park City, IL, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

Howard Peritz

**Served upon the following parties electronically:**

ILENE F GOLDSTEIN, 900 SKOKIE BLVD., STE 128, NORTHBROOK, IL 60062 -
Trustee
PATRICK S. LAYNG, OFFICE OF THE U.S. TRUSTEE, REGION 11, 219 S. DEARBORN
ST,
ROOM 873, CHICAGO, IL 60604-U.S. Trustee

**Served upon the following parties via first class mail on December 6, 2021**

Amex
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998

Anthony Hrusovsky
648 Waveland Road
Lake Forest, IL 60045

BMW Financial Services
ATTN: Bankruptcy Department
P.O. Box 3608
Dublin, OH 43016

Bradford Kunde
c/o Craig Pearson
668 Western Avenue

Anderson Engineering
920 N. Shore Drive
Lake Bluff, Illinois 60044

Belvidere Greenbay Currency Exchange
3856 Belvidere
Waukegan, IL 60085

Chase Cardmember Services
P.O. Box 1423
Charlotte, NC 28201

Citibank
c/o ACB Recovery
69R Haverhill Road
Amesbury, MA 01913

Citibank – Home Depot
c/o Alltran Financial
5800 North Course Drive
Houston, TX 77072

Discover Student Loans
ATTN: Bankruptcy
P.O. Box 30948
Salt Lake City, UT 84130

Evanston Lumber
1001 Sherman Avenue
Evanston, IL 60202

First Bankcard
Sequiaum Asset Solutions
1130 Northlawn Parkway
Marietta GA 30067

Firstmark Services
ATTN: Bankruptcy Department
P.O. Box 82522
Lincoln, Nebraska 68501

L.R. Greogory
1233 W. Rockland Road
Lake Bluff, Illinois 60044

Lakeland Building
c/o Michael Weiss
P.O. Box 1166
Northbrook, IL 60065

Cheryl Hursovsky
648 Waveland Road
Lake Forest, IL 60045

David & Susan Currey
c/o Madelynn Houseman
77 West Washington
Suite 1119
Chicago, Illinois 60602

Edward Hines Lumber
c/o Teller Levit
19 S. LaSalle Street
Chicago, Illinois 60603

First Bank
Sequiaum Asset Solutions
1130 Northlawn Parkway
Marietta GA 30067

First Midwest Bank
725 Waukegan Road
Deerfield, Illinois 60015

Illinois Department of Revenue
Springfiled, IL 62794

Lake County Door
c/o Elizer & Myerson
900 Skokie Boulevard
Suite 211
Northbrook, IL 60044

Lakeside Glass
1914 First Street
Highland Park, IL 60035

M. Gordon Brown
28619 W. Rockland Road
Lake Bluff, IL 60044

Padula Plumbing
c/o Malony Law LLC
1880 W. Winchester Road
Libertyville, IL 60048

Synchrony Bank/Sams
ATTN: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

United States Treasury
Internal Revenue Service
Fresno, CA 93888

Mowery & Schoenfeld
475 Haf Day Road
Lincolnshire, IL 60069

Select Portfolio Servicing, Inc.
ATTN: Bankruptcy
P.O. Box 65250
Salt Lake City, UT 84165

Ultimate Stone
820 Greenleaf
Elk Grove Village, IL 60007

**\*GENERAL ORDER NO. 20-03 Court Proceedings During COVID-19 Public Emergency**

**Notice\*** Please note that pursuant to General Order No.20-03, Paragraph 6, :

a. Every notice of motion must state that a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a motion noticed for presentment on or after March 30, 2020 has already been filed as of the date of this order, the movant must file and serve an amended notice of motion containing this information.
b. A Notice of Objection need only say that the respondent objects to the motion. No reasons need to be given for the objection.
c. If a Notice of Objection is timely filed, the motion will be called on the presentment date.
d. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.
Local Rule 9013-1(D) governing service of motions is suspended in part. All motions must be served at least seven (7) days before the date of presentment, regardless of the method of service.